# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Ignite USA, LLC

                        Plaintiff,

v.                                                Case No.: 1:14–cv–09210

                                                          Honorable John J. Tharp Jr.

CamelBak Products, LLC

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, February 5, 2015:

       MINUTE entry before the Honorable John J. Tharp, Jr: Status hearing held and continued to 3/31/15 at 9:00 a.m. Parties may proceed with discovery. The court adopts the parties' Proposed Initial Patent Scheduling Order. ENTER ORDER. Mailed notice(air, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.